Case 11-19687    Doc 10    Filed 05/23/11    Entered 05/24/11 10:55:35    Desc Main
Document    Page 1 of 2

11-19687:5.0:Application to Proceed In Forma Pauperis:Main Document Entered: 5/9/2011 2:29:21 PM by:Elizabeth Stuart Page 4 of 4

B 3B (Official Form 3B) (12/07) -- Cont.

# UNITED STATES BANKRUPTCY COURT

In re: Nehezi Roberts
Debtor(s)

Case No. 11-19687

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.71 on or before June 15, 2011
$ 74.75 on or before July 15, 2011
$ 74.75 on or before Aug. 15, 2011
$ 74.75 on or before Sept. 15, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 5/23/11

BY THE COURT:

_____
United States Bankruptcy Judge

In re: Nehezi M. Roberts
Bankruptcy Case no. 11 B 19687

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on May 23, 20111, I caused to be mailed by United States first class mail or through the Court's CM/ECF system copies of the foregoing documents:

*Deborah Smith*
Deborah Smith, Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**Norman B Newman**
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Serviced by U.S. Mail

*Debtor*
**Nehezi M Roberts**
4939 S Dorchester Apt C
Chicago, IL 60615
PRO SE